UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRUSTEES OF THE DETROIT
CARPENTERS FRINGE BENEFIT FUNDS,

      Plaintiffs,

v

HOWARD PINGSTON COMPANY, a
Michigan corporation, and HOWARD
PINGSTON, an individual,

      Defendants.
      _____/

Case No. 08-11856
Hon. George Caram Steeh
Mag. Judge Steven D. Pepe

ORDER FOR EXAMINATION OF JUDGMENT
DEBTOR AND RESTRAINING TRANSFER OF CERTAIN
PROPERTY SUPPLEMENTARY TO JUDGMENT

**Howard Pingston**

THIS MATTER having come before this Court on Plaintiffs' Motion for Examination of Judgment Debtor and Restraining Transfer of Certain Property Supplementary to Judgment, and said motion having been duly filed along with a supporting Affidavit and Brief, and the Court having reviewed the same and being fully advised in the premises;

NOW THEREFORE;

IT IS HEREBY ORDERED that Howard Pingston, individually and as officer and director of the corporation ("Defendant"), whose address is 23258 Oak St., Dearborn, Michigan 48128, appear at the law offices of Erman, Teicher, Miller, Zucker & Freedman, P.C., 400 Galleria Officentre, Suite 444, Southfield, Michigan 48034, on **September 7, 2010 at 10:30 a.m.,** to be examined under oath concerning the income, property, or other means of satisfying the Judgment entered herein against Defendants on February 22, 2010.

IT IS FURTHER ORDERED that said person shall bring with him the following books, records, and papers in his possession, custody or control as they relate to Defendants Howard Pingston Company and Howard Pingston individually:

1. All checkbooks, check registers, check stubs, canceled checks, bank statements and other documents whatsoever relating to any deposit, savings, passbook or like account maintained with a bank, savings and loan association, credit union or like organization, in which Defendants have, or have had, any interest, at any time during the one (1) year immediately preceding the date hereof, or date of cessation of business, whichever is earlier;

2. Copies of all returns, schedules and forms filed by or on behalf of Defendants with the Internal Revenue Service, State of Michigan, and any municipal governments, relating to any income received, property owned, business activities, sale or intangibles tax, of Defendants at any and all times during the period one (1) year preceding the date hereof or date of cessation of business, whichever is earlier; and

3. Any and all documents verifying the current source of income of Defendant Howard Pingston individually.

IT IS FURTHER ORDERED that said Defendants, Howard Pingston individually and Howard Pingston Company, and its officers, directors, employees and agents, and any third party who is served with a true and entered copy of this Order, are restrained from transferring or disposing of any property of Defendants, whether now owned, or hereafter acquired by, or becoming due to Defendants, until further order of this Court. This order does not apply to property exempt by law from application to the satisfaction of the judgment.

DATED: July 23, 2010            s/George Caram Steeh
                                                    UNITED STATES DISTRICT JUDGE