UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRUSTEES OF THE DETROIT
CARPENTERS FRINGE BENEFIT FUNDS,

    Plaintiffs,

v

HOWARD PINGSTON COMPANY, a
Michigan corporation, and HOWARD
PINGSTON, an individual,

    Defendants.
_____/

Case No. 08-11856
Hon. George Caram Steeh
Mag. Judge Steven D. Pepe

ORDER FOR UPDATED EXAMINATION OF JUDGMENT
DEBTOR AND RESTRAINING TRANSFER OF CERTAIN
<u>PROPERTY SUPPLEMENTARY TO JUDGMENT</u>

## **<u>Howard Pingston</u>**

THIS MATTER having come before this Court on Plaintiffs' Motion for Updated Examination of Judgment Debtor, and said motion having been duly filed along with a supporting Affidavit and Brief, and the Court having reviewed the same and being fully advised in the premises;

NOW THEREFORE;

IT IS HEREBY ORDERED that Howard Pingston, individually ("Pingston"), whose address is 23258 Oak St., Dearborn, Michigan 48128, appear at the law offices of Erman, Teicher, Zucker & Freedman, P.C., 400 Galleria

Officentre, Ste. 444, Southfield, Michigan 48034 on **July 27, 2016 at 10:30 a.m.,** to be examined under oath concerning the income, property, or other means of satisfying the Judgment entered herein against Defendant on June 29, 2009 and amended on February 22, 2010.

IT IS FURTHER ORDERED that said person shall bring with him the following books, records, and papers in his possession, custody or control as they relate to Pingston, all from the time period April 24, 2014 to the current date:

1. All checkbooks, check registers, check stubs, canceled checks, bank statements and other documents whatsoever relating to any deposit, savings, passbook or like account maintained with a bank, savings and loan association, credit union or like organization, in which Pingston has, or has had, any interest;

2. Copies of all returns, schedules and forms filed by or on behalf of Pingston with the Internal Revenue Service, State of Michigan, and any municipal governments, relating to any income received, property owned, business activities, sale or intangibles tax, of Pingston; and

3. Any and all documents verifying the current source of income of Pingston.

IT IS FURTHER ORDERED that said Defendant, Howard Pingston individually, and any third party who is served with a true and entered copy of this Order, are restrained from transferring or disposing of any property of Pingston,

whether now owned, or hereafter acquired by, or becoming due to Pingston, until further order of this Court. This order does not apply to property exempt by law from application to the satisfaction of the judgment.

DATED: June 27, 2016          s/George Caram Steeh
                              UNITED STATES DISTRICT JUDGE