UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRUSTEES OF THE DETROIT
CARPENTERS FRINGE BENEFIT FUNDS,

      Plaintiffs,

v

HOWARD PINGSTON COMPANY, a
Michigan corporation, and HOWARD
PINGSTON, an individual,

      Defendants.
_____/

Case No. 08-11856
Hon. George Caram Steeh
Mag. Judge Steven D. Pepe

ORDER AUTHORIZING SUBSTITUTED SERVICE OF AMENDED ORDER
FOR EXAMINATION OF JUDGMENT DEBTOR AND RESTRAINING
TRANSFER OF CERTAIN PROPERTY SUPPLEMENTARY TO JUDGMENT

      THIS MATTER having come on to be heard upon the Ex-Parte Motion for Substituted Service of Amended Order for Examination of Judgment Debtor and Restraining Transfer of Certain Property Supplementary to Judgment, and the Court having reviewed the same and finding good cause for the entry of this Order pursuant to Federal Rule 4(e)(1), and MCR 2.105(l), and being otherwise fully advised in the premises,

      NOW THEREFORE,

      IT IS ORDERED that this Court's Amended Order for Examination of Judgment Debtor and Restraining Transfer of Certain Property Supplementary to

Judgment requiring the appearance of Howard Pingston at the offices of Erman, Teicher, Zucker & Freedman, P.C., 400 Galleria Officentre, Suite 444, Southfield, Michigan 48034, may be served upon Howard Pingston by firmly affixing a copy of said Order to the premises at 23258 Oak St., Dearborn, Michigan 48128, and by forwarding copies of same to said address, certified mail, return receipt requested, and first class mail, in plain white envelopes with no return address.

DATED:  July 25, 2016                    s/George Caram Steeh
                                                          U.S. DISTRICT JUDGE